

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2017

No. 04-17-00358-CR

Cristian **YEPEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CRN001641-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

Court reporter David Laurel has filed a notification of late reporter's record, requesting an extension to September 18, 2017. Laurel's request is GRANTED. We ORDER David Laurel to file the reporter's record on or before September 18, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk